**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

IMRglobal Corp.,

Plaintiff,

vs.

ClickShip Direct, Inc. and Provell, Inc.,

Defendants.

Civil No. 01-CV-1393 (JMR/FLN)

**STIPULATION AND ORDER FOR DISMISAL**

---

WHEREAS, all parties to the action referenced above have reached an agreement to settle the matter pursuant to the signed Settlement Agreement attached hereto; and

WHEREAS, one of the conditions of that agreement is that the action be dismissed with prejudice;

NOW THEREFORE, the parties hereto, through their undersigned counsel, stipulate and agree as follows:

1. This action is hereby DISSMISSED with prejudice. Each party shall be responsible for its own costs.

Dated: 3/7, 2003

**MANSFIELD, TANICK & COHEN, P.A.**

By: ____________________

Marshall H. Tanick (108303)
V. John Ella (249282)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

Attorneys for Plaintiff CGI Information Technology Services, Inc. F/K/A IMRglobal Corp. (izi)

FILED MAR 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: March 7, 2003

**FAEGRE & BENSON LLP**

By: ______________________________
James L. Volling (113128)
Rikke Dierssen-Morice (237826)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys For Defendants Clickship Direct
And Provell, Inc.

**IT IS SO ORDERED**

Dated: March 13, 2003

______________________________
The Honorable James R. Rosenbaum
United States District Judge

M2:20527563.01